EZEKIEL D. CARDER, Bar No. 206537
KATHARINE R. McDONAGH, Bar No. 325430
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  courtnotices@unioncounsel.net
         ecarder@unioncounsel.net
         kmcdonagh@unioncounsel.net

Attorneys for Defendant AFFIRMATIVE ACTION TRUST FUND AND JAC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>                    Plaintiff,<br><br>     v.<br><br>OPERATING ENGINEERS LOCAL 3, et al.,<br><br>                    Defendant. | No. C-71-1515 EMC (Consolidated with No. C-71-1277 EMC)<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION** |
| JOHNNIE WILLIAMS,<br><br>                    Plaintiff,<br><br>     v.<br><br>OPERATING ENGINEERS LOCAL 3, et al.,<br><br>                    Defendant. | No. C-71-1277 EMC (Consolidated with No. C-71-1515 EMC) |

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

REQUEST FOR DISMISSAL OF ENTIRE ACTION
Case No. C-71-1515 EMC (Consolidated with No. C-71-1277 EMC)

After consultation with the Equal Employment Opportunity Commission ("EEOC"), the Forty-Six Northern California Counties Operating Engineers Joint Apprenticeship Committee ("JAC") and the Operating Engineers and Participating Employers Pre-Apprentice, Apprentice and Journeymen Affirmative Action Training Fund ("Affirmative Action Trust Fund"), acting through counsel, hereby request, per paragraph 6 of the Eighth Amended Consent Decree in Resolution of Litigation (Dkt. 1640), that the Court dismiss with prejudice these actions, including all claims stated herein against all parties.

Dated:  October 10, 2023

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: _____
KATHARINE R. McDONAGH

Attorneys for Defendant AFFIRMATIVE ACTION TRUST FUND AND JAC

33909\1406058

Date:  October 10, 2023

**GRANTED**
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1375 55th Street
Emeryville, California 94608
(510) 337-1001

1

REQUEST FOR DISMISSAL OF ENTIRE ACTION
Case No. C-71-1515 EMC (Consolidated with No. C-71-1277 EMC)